UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HUNTER CAMPBELL, ET AL. | CIVIL ACTION |
| VERSUS | NO. 23-1518-JWD-SDJ |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 26, 2025 (Doc. 43), to which no objection was filed;

**IT IS ORDERED** that Plaintiffs' cause of action is **dismissed** pursuant to Local Civil Rule 41(b), and this Court's inherent power, for **failure to prosecute**.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on April 10, 2025.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**