UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HUNTER CAMPBELL, ET AL. | CIVIL ACTION |
| VERSUS | NO. 23-1518-JWD-SDJ |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | |

## JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgement is hereby entered, dismissing Plaintiffs' cause of action pursuant to Local Civil Rule 41(b), and this Court's inherent power, for failure to prosecute.

Signed in Baton Rouge, Louisiana, on April 10, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**